IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02001-MSK-CBS

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING
COMMITTEE,

   Plaintiffs,

v.

WHITNEY ELECTRIC COMPANY, a Colorado corporation, and
CRAIG WHITNEY, an individual,

   Defendants.

---

## ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF COSTS

THIS MATTER comes before the Court on Plaintiffs' Motion for Award of Costs

("Motion") **(#61)**. Having reviewed the Motion, the Court finds that pursuant to 29 U.S.C. §

1132(g)(2)(D) and Fed. R. Civ. P. 54(d)(1), Plaintiffs are entitled to their costs incurred in this

action.

  **IT IS THEREFORE ORDERED** that

  (1) Plaintiffs' Motion for Award of Costs is **GRANTED.**

  (2) Defendants, Whitney Electric Company and Craig Whitney, jointly and severally,

shall pay Plaintiffs' reasonable costs in the total amount of $525.70.

DATED this 15th day of December, 2010.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge